IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GLEN COLEMAN,

      Plaintiff,

v.                                          CASE NO.  5:05cv31-RH/WCS

JOYCE BRANNON, et al.,

      Defendants.

_____/

## ORDER EXTENDING DEADLINES

Upon consideration of the parties' notice of tentative settlement and motion for extension of deadlines,

IT IS ORDERED:

1. The joint motion to extend pending deadlines (document 24) is GRANTED. The deadlines set by the Initial Scheduling Order issued on April 18, 2005, are extended by an additional 21 days, thus establishing August 7, 2005, as the deadline for the attorney conference, and August 21, 2005, as the deadline for the filing of the joint scheduling report required by the Initial Scheduling Order. If settlement has not been consummated by August 7, 2005, the parties shall meet as required by the Initial Scheduling Order.

2.  The deadline for any defendant to respond to the complaint is extended to August 7, 2005.

SO ORDERED this 25th day of July, 2005.

s/Robert L. Hinkle
Chief United States District Judge
